UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JOHN TAGLIABOSCHI                              :

              Plaintiff(s)         :         **JUDGMENT**

   (vs)                                        :
                                          Civil #09-3348 (RBK)
BAYSIDE STATE PRISON, ET AL.                   :

              Defendant(s)        :

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on December 16, 2010 and no timely objection having been filed,

IT IS, on this _____ day of August, 2011

ORDERED that the report of Hon. John W. Bissell dated December 16, 2010 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff John Tagliaboschi.**

                                                    HON. ROBERT B. KUGLER, U.S.D.J.